**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Heyer, John C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-8753** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**241 Middaugh Road**<br>**Clarendon Hills, IL 60514** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Du Page** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/01) **FORM B1**, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Heyer, John C.** |

### Prior Bankruptcy Case Filed Within Last 6 Years *(If more than one, attach additional sheet)*

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor *(If more than one, attach additional sheet)*

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John C. Heyer**
Signature of Debtor **John C. Heyer**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 15, 2005**
Date

**Signature of Attorney**

X **/s/ Gregory K. Stern 6183380**
Signature of Attorney for Debtor(s)
**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)
**Gregory K. Stern, P.C.**
Firm Name
**53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604**
Address
**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number
**July 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Gregory K. Stern 6183380          July 15, 2005**
Signature of Attorney for Debtor(s)          Date
**Gregory K. Stern 6183380**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6D
(12/03)

In re  **John C. Heyer**                                            ,   Case No. _____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5466 1601 7003 9802** <br><br> **Citi Cards** <br> **P.O. Box 6000** <br> **The Lakes, NV 89163-6000** | - | | 9/10/04 <br> Judicial Lien <br> 241 Middaugh Road, Clarendon Hills, Illinois - Residence - (Subject to Mortgage dated 8/9/04 with Downey Savings and Loan Association, FA in the principal amount of $527,000.00 that is a non recourse obligation to Debtor) <br> Value $  850,000.00 | | | | 29,490.11 | 0.00 |
| Account No. <br><br> Representing: <br> **Citi Cards** | | | **Friedman and Wexler, LLC** <br> **500 West Madison Street** <br> **Suite 2910** <br> **Chicago, IL 60661** <br><br> Value $ | | | | | |
| Account No. | | | <br><br> Value $ | | | | | |
| Account No. | | | <br><br> Value $ | | | | | |

_**0**_ continuation sheets attached

Subtotal (Total of this page)   **29,490.11**

Total (Report on Summary of Schedules)   **29,490.11**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                       Best Case Bankruptcy

Form B6E
(04/04)

In re  **John C. Heyer**                                   ,         Case No. _____
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    __**1**__ continuation sheets attached

Form B6E - Cont.
(04/04)

In re **John C. Heyer**                                    , Case No. _____
                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | | - | 2003 & prior years<br>Taxes | X | X | X | Unknown | Unknown |
| Account No.<br>Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 South Dearborn Street<br>Chicago, IL 60604 | | - | 2003 & prior years<br>Taxes | X | X | X | Unknown | Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **0.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F
(12/03)

In re **John C. Heyer**, Case No. _____
　　　　　　　　Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4091-1601-1525-0015**<br><br>**Advanta Bank Corp.**<br>**P.O. Box 30715**<br>**Salt Lake City, UT 84130-0715** | X | - | **2003 & prior years**<br>**Periodic Purchases** | | | | **10,606.76** |
| Account No.<br><br>Representing:<br>**Advanta Bank Corp.** | | | **Attention LLC**<br>**5300 Oakbrook Parkway**<br>**Bldg. 300, Suite 300**<br>**Norcross, GA 30093** | | | | |
| Account No.<br><br>**Alpha Baking Co., Inc.**<br>**5001 West Polk Street**<br>**Chicago, IL 60644** | | - | **Smiley's Gryos & Beef, Inc. Debt** | X | X | X | **0.00** |
| Account No.<br><br>Representing:<br>**Alpha Baking Co., Inc.** | | | **The Chaet Kaplan Baim Firm**<br>**30 North LaSalle Street**<br>**Suite 1520**<br>**Chicago, IL 60602** | | | | |

__9__ continuation sheets attached

Subtotal
(Total of this page)　　**10,606.76**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　S/N:20289-050128   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **John C. Heyer**  ,                                    Case No. _____

                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4308-5110-7089-1871** <br><br> **Bloomingdale's Premier Plus Visa** <br> **9111 Duke Boulevard** <br> **Mason, OH 45040** | | - | **2003 & prior years** <br> **Periodic Purchases** | | | | **3,774.10** |
| Account No. **4791-2422-9850-7446** <br><br> **Capital One Services** <br> **P.O. Box 85015** <br> **Richmond, VA 23285-5015** | X | - | **2003 & prior years** <br> **Periodic Purchases** | | | | **608.94** |
| Account No. <br><br> Representing: <br> **Capital One Services** | | | **Ventus Capital Services, LP** <br> **9700 Bissonnet** <br> **Suite 2000** <br> **Houston, TX 77036** | | | | |
| Account No. **4115-0721-5457-0058** <br><br> **Capital One Services** <br> **P.O. Box 85015** <br> **Richmond, VA 23285-5015** | | - | **2003** <br> **Periodic Purchases** | | | | **843.18** |
| Account No. <br><br> Representing: <br> **Capital One Services** | | | **Ventus Capital Services, LP** <br> **9700 Bissonnet** <br> **Suite 2000** <br> **Houston, TX 77036** | | | | |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **5,226.22**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **John C. Heyer**,  Case No. _____
                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Central Foodservice Co.**<br>**4100 West 40th Street**<br>**Chicago, IL 60632** | X | - | **2003 & prior years**<br>**Smiley's Gyros & Beef, Inc. Debt** | X | X | X | 0.00 |
| Account No.<br>**Representing:**<br>**Central Foodservice Co.** | | | **Gini S. Marziani, Esq.**<br>**Davis, Mannix & McGrath**<br>**125 South Wacker Drive**<br>**Suite 1700**<br>**Chicago, IL 60606** | | | | |
| Account No. **5222-7600-8068-7692**<br>**Chase**<br>**P.O. Box 1590292**<br>**Wilmington, DE 19850-5902** | | - | **2003 & prior years**<br>**Periodic Purchases & Cash Advances** | | | | 17,510.95 |
| Account No. **5588-3285-0029-3273**<br>**Citi AAdvantage Business Card**<br>**P.O. Box 44230**<br>**Jacksonville, FL 32231-4230** | X | - | **2003 & prior years**<br>**Periodic Purchases** | | | | 5,560.90 |
| Account No. **5424-1801-6805-0109**<br>**Citi Cards**<br>**P.O. Box 6000**<br>**The Lakes, NV 89163-6000** | | - | **2003 & prior years**<br>**Periodic Purchases** | | | | 2,217.61 |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **25,289.46**

Form B6F - Cont.
(12/03)

In re  **John C. Heyer**                                  ,     Case No. _____

                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle Street**<br>**Room 107**<br>**Chicago, IL 60602** | | - | **2002**<br>**Permits/Fines** | | | X | **200.00** |
| Account No.<br>**Decatur Plaza I, LLC**<br>**239 East St. Louis Street**<br>**P.O. Box 244**<br>**Nashville, IL 62263** | X | - | **4/03**<br>**Lease - Guaranty** | X | X | X | **Unknown** |
| Account No.<br>**Representing:**<br>**Decatur Plaza I, LLC** | | | **Edward Q. Costas, Esq.**<br>**225 North Water**<br>**Sutie 301**<br>**Decatur, IL 62523** | | | | |
| Account No.<br>**Empire Cooler Servicer, Inc.**<br>**940 West Chicago Avenue**<br>**Chicago, IL 60622** | X | - | **2001**<br>**Smiley's Gyros & Beef, Inc. Debt** | X | X | X | **0.00** |
| Account No.<br>**Representing:**<br>**Empire Cooler Servicer, Inc.** | | | **Daniel A. Wolfe, Esq**<br>**314 North McHenry Road**<br>**Buffalo Grove, IL 60089** | | | | |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **200.00**

Form B6F - Cont.
(12/03)

In re **John C. Heyer**, Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 024 9018 10822<br><br>**General Motors Acceptance Corporation**<br>P.O. Box 217060<br>Auburn Hills, MI 48321-7060 | | - | **2003**<br>**Auto Deficiency** | | | X | 9,611.30 |
| Account No.<br><br>Representing:<br>**General Motors Acceptance Corporation** | | | **GMAC Mortgage Corporation**<br>P.O. Box 901009<br>Fort Worth, TX 76101-2009 | | | | |
| Account No. 6035 3220 0531 0085<br><br>**Home Depot Credit Services**<br>P.O. Box 8075<br>Layton, UT 84041 | X | - | **2003**<br>**Periodic Purchases** | X | X | X | 5,004.11 |
| Account No.<br><br>**Illinois State Medical Insurance Exchang**<br>20 North Michigan Avenue<br>Suite 700<br>Chicago, IL 60602 | | - | **Listed For Notice Purposes** | X | X | X | 0.00 |
| Account No. BUB767<br><br>**Illinois State Toll Highway Authority**<br>**Violation Processing Center**<br>135 Souht LaSalle Department 8021<br>Chicago, IL 60674-8021 | | - | **2003  prior year**<br>**Fines** | | | | 193.90 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **14,809.31**

Form B6F - Cont.
(12/03)

In re  **John C. Heyer**                                                           ,   Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Representing:**<br>**Illinois State Toll Highway Authority** | | | **Illinois Secretary of State**<br>**Safety and Financial Responsibility Div**<br>**2701 South Dirksen Parkway**<br>**Springfield, IL 62723** | | | | |
| Account No.<br>**Kamensky & Rubinstein**<br>**7250 North Cicero Avenue**<br>**Suite 200**<br>**Lincolnwood, IL 60712** | | - | **2001**<br>**Services** | | | | **1,442.93** |
| Account No.<br>**Andrew Katsoulis**<br>**c/o Corboy & Demetrio**<br>**33 North Dearborn Street**<br>**Chicago, IL 60602** | | - | **7/10/04**<br>**Automobile Accident** | X | X | X | **Unknown** |
| Account No.<br>**Representing:**<br>**Andrew Katsoulis** | | | **Country Insurance & Financial Services**<br>**1701 North Towanda Avenue**<br>**PO Box 2020**<br>**Bloomington, IL 61702-2020** | | | | |
| Account No. **001 0510132 000**<br>**Lease Finance Group, a Division of CIT**<br>**233 North Michigan Avenue**<br>**Suite 1800**<br>**Chicago, IL 60601-5519** | X | - | **Guarantee of Lease** | X | X | X | **Unknown** |

Sheet no. __5__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,442.93**

Form B6F - Cont.
(12/03)

In re **John C. Heyer**, Case No. _____
                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5200-0100-7902-2394**  **MBNA America** P.O. Box 15026 Wilmington, DE 19886-5026 | | - | **2003 & prior years** **Periodic Purchases** | | | X | **19,305.67** |
| Account No.  **Representing:** **MBNA America** | | | **Mann Bracken LLC** **One Paces West, Suite 1400** **2727 Paces Ferry Road** **Atlanta, GA 30339** | | | | |
| Account No.  **Representing:** **MBNA America** | | | **National Arbitration Forum** **PO Box 50191** **Minneapolis, MN 55405-0191** | | | | |
| Account No.  **Representing:** **MBNA America** | | | **RJM Acquistions LLC** **575 Underhill** **Suite 224** **Syosset, NY 11791-3416** | | | | |
| Account No.  **National Shopping Plazas, Inc.** **333 West Wacker Drive** **Suite 2750** **Chicago, IL 60606** | X | - | **Irving Park/Streamwood Plaza Lease, Lind North Plaza Lease, Seasons Ridge Commons Lease & Joliet Plaza Lease** | X | | X | **Unknown** |

Sheet no. __6__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **19,305.67**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **John C. Heyer**, Case No. _____
                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3 08 98 0372**<br><br>**Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** | X | - | **Smiley's Gyros & Beef, Inc. Debt** | | | X | 0.00 |
| Account No.<br><br>Representing:<br>**Nicor Gas** | | | **NCO Financial System, Inc.**<br>**1804 Washington Road**<br>**Department 750**<br>**Baltimore, MD 21230** | | | | |
| Account No.<br><br>**Pepsi America's Inc.**<br>**1881 Bilter Road**<br>**Aurora, IL 60504** | X | - | **Smiley's Gyros & Beef, Inc. Debt** | X | X | X | 0.00 |
| Account No.<br><br>Representing:<br>**Pepsi America's Inc.** | | | **Richard I. Atlas, Esq.**<br>**950 Milwaukee Avenue**<br>**Glenview, IL 60025** | | | | |
| Account No. **3 772 244 745 10**<br><br>**Retailers National Bank**<br>**P.O. Box 59231**<br>**Minneapolis, MN 55449-0231** | | - | **2003**<br>**Periodic Purchases** | | | | 425.24 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **425.24**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **John C. Heyer** , Case No. _____
                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Representing:<br>**Retailers National Bank** | | | NCB Management Services, Inc.<br>PO Box 1099<br>Langhorne, PA 19047 | | | | |
| Account No. **49 0908 473990 3**<br>**Sam's Club/GECFTV**<br>**P.O. Box 103036**<br>**Roswell, GA 30076** | X | - | 2003 & prior years<br>Periodic Purchases | | | X | 7,120.44 |
| Account No. **5121-0718-1001-0227**<br>**Sears Gold MasterCard**<br>**P.O. Box 818007**<br>**Cleveland, OH 44181-8007** | | - | 2003 & prior years<br>Periodic Purchases | | | | 4,575.03 |
| Account No.<br>**Trans Union**<br>**PO Box 1000**<br>**Chester, PA 19022** | | - | Listed For Notice Purposes | | | | 0.00 |
| Account No. **4388-5752-0038-1312**<br>**United Mileage Plus, Cardmember Services**<br>**P.O. Box 8650**<br>**Wilmington, DE 19899-8650** | | - | 2003 & prior years<br>Periodic Purchases | | | | 16,957.55 |

Sheet no. **8** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **28,653.02**

Form B6F - Cont.
(12/03)

In re **John C. Heyer**,                                Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **70557 & 72689**<br>**Village of Clarendon Hills**<br>**201 Burlington Avenue**<br>**Clarendon Hills, IL 60514** | | - | **2003 & prior years**<br>**Fines** | | | X | 300.00 |
| Account No.<br>**Representing:**<br>**Village of Clarendon Hills** | | | KCA Financial Services, Inc.<br>628 North Street<br>PO Box 53<br>Geneva, IL 60134 | | | | |
| Account No. **002466**<br>**Ziai Medical Group, Inc.**<br>**P.O. Box 472**<br>**Palos Park, IL 60464** | | - | **2002**<br>**Services** | | | | 310.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **610.00**

Total (Report on Summary of Schedules)   **106,568.61**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy