UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| HEYER, JOHN C ) | Case No. 05-28137-SQU | |
| ) | | |
| Debtor(s). ) | Hon. JOHN H. SQUIRES | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 2000, Wheaton, IL  60187

    On: **February 15, 2008**           Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $31,140.65 |
    | Disbursements | $3,459.40 |
    | Net Cash Available for Distribution | $27,681.25 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GINA B. KROL<br>*Trustee Compensation* | $0.00 | $3,864.07 | $0.00 |
    | COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $4,158.00 | $21.65 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of timely filed general unsecured creditors totaling $184,805.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 10.63% .

Allowed timely filed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Citibank Na | $5,956.90 | $632.98 |
| 000002 | Attention Funding Trust | $11,378.47 | $1,209.08 |
| 000003 | City of Chgo.,Department Revenue Parking Tickets | $250.00 | $26.57 |
| 000004 | FDS Bank/Bloomingdales | $4,120.43 | $437.84 |
| 000005 | Decatur Plaza I LLC | $153,488.46 | $16,309.76 |
| 000006 | General Motors Acceptance Corporation | $9,611.30 | $1,021.30 |

8.  Late Filed Claim:

| 000008 | Citibank Na | $27,768.80 | $0.00 |
|---|---|---|---|

9.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real estate | $850,000.00 |
| Cash | $150.00 |
| Wearing Apparel | $1,000.00 |

| | |
|---|---:|
| Watch | $50.00 |
| Sports Equipment | $287.50 |
| Camera | $100.00 |
| Life Insurance | $0.00 |
| IRA | $374,558.12 |
| Interest in LLC | $0.00 |
| Possible Claims | $0.00 |
| Vehicle | $1,000.00 |
| Medical Equipment | $250.00 |

Dated: **January 11, 2008**                    For the Court,

By:   **KENNETH S. GARDNER**
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Trustee:      Gina B. Krol
Address:     105 West Madison Street
                   Suite 1100
                   Chicago, IL  60602-0000
Phone No.:  (312) 368-0300

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

05-28137    Doc 72    Filed 01/11/08    Entered 01/13/08 23:37:46    Desc Imaged
Certificate of Service    Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2             Date Rcvd: Jan 11, 2008
Case: 05-28137                 Form ID: pdf002             Total Served: 61

The following entities were served by first class mail on Jan 13, 2008.
db          +John C Heyer,   241 Middaugh Road,   Clarendon Hills, IL 60514-1018
aty         +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
aty         +Gregory K Stern,   Gregory K. Stern, P.C.,   53 West Jackson Blvd.,   Suite 1442,
              Chicago, IL 60604-3536
aty         +Joseph E Cohen,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty         +Linda M Kujaca,   SmithAmundsen, LLC,   150 N. Michigan Avenue,   Suite 3300,
              Chicago, IL 60601-6004
aty         +Monica C O'Brien,   Gregory K Stern, P C,   53 W Jackson Blvd Ste 1442,   Chicago, IL 60604-3536
tr          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
9587408      Advanta Bank Corp.,   P.O. Box 30715,   Salt Lake City, UT 84130-0715
9587409     +Alpha Baking Co., Inc.,   5001 West Polk Street,   Chicago, IL 60644-5249
9587434     +Andrew Katsoulis,   c/o Corboy & Demetrio,   33 North Dearborn Street,   Chicago, IL 60602-3102
10692202    +Attention Funding Trust,   c/o West Asset Management, Inc,   P. O. Box 672047,
              Marietta, GA 30006-0035
9587410     +Attention LLC,   5300 Oakbrook Parkway,   Bldg. 300, Suite 300,   Norcross, GA 30093-2254
9587411     +Bloomingdale's Premier Plus Visa,   9111 Duke Boulevard,   Mason, OH 45040-8999
10692491    +CITY OF CHGO.,DEPART.OF REVENUE PARKING,   333 S. STATE ST., SUITE 540(BANKRUPTCY),
              CHICAGO, ILLINOIS 60604-3992
9587412      Capital One Services,   P.O. Box 85015,   Richmond, VA 23285-5015
9587413     +Central Foodservice Co.,   4100 West 40th Street,   Chicago, IL 60632-3904
9587414      Chase,   P.O. Box 1590292,   Wilmington, DE 19850-5902
9587415      Citi AAdvantage Business Card,   P.O. Box 44230,   Jacksonville, FL 32231-4230
9587416     +Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-0001
10687886     Citibank NA,   c/o Citibank/Choice,   Exception Payment Processing,   PO Box 6305,
              The Lakes, NV 88901-6305
9587417     +City of Chicago,   Department of Revenue,   121 North LaSalle Street,   Room 107,
              Chicago, IL 60602-1202
9587418      Country Insurance & Financial Services,   1701 North Towanda Avenue,   PO Box 2020,
              Bloomington, IL 61702-2020
9587419     +Daniel A. Wolfe, Esq,   314 North McHenry Road,   Buffalo Grove, IL 60089-2428
10704943     Decatur Plaza I LLC,   c/o Edward Q Costa,   Samuels Miller Schroder Jackson & Sly,
              225 North Water Suite 301,   Decatur, IL 62523-2328
9587420     +Decatur Plaza I, LLC,   239 East St. Louis Street,   P.O. Box 244,   Nashville, IL 62263-0244
9587421     +Edward Q. Costas, Esq.,   225 North Water,   Sutie 301,   Decatur, IL 62523-2322
9587422     +Empire Cooler Servicer, Inc.,   940 West Chicago Avenue,   Chicago, IL 60622-5494
10696984     FDS Bank/Bloomingdales,   c/o Tsys Debt Mgmt Inc,   PO Box 137,   Columbus, GA 31902-0137
9587423     +Friedman and Wexler, LLC,   500 West Madison Street,   Suite 2910,   Chicago, IL 60661-4571
9587426      GMAC Mortgage Corporation,   P.O. Box 901009,   Fort Worth, TX 76101-2009
9587424      General Motors Acceptance Corporation,   P.O. Box 217060,   Auburn Hills, MI 48321-7060
10708971    +General Motors Acceptance Corporation,   PO Box 901009,   Ft Worth, TX 76101-2009
9587425     +Gini S. Marziani, Esq.,   Davis, Mannix & McGrath,   125 South Wacker Drive,   Suite 1700,
              Chicago, IL 60606-4413
9587427     +Home Depot Credit Services,   P.O. Box 8075,   Layton, UT 84041-8075
9587432    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
9587428      Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
9587429     +Illinois Secretary of State,   Safety and Financial Responsibility Div,
              2701 South Dirksen Parkway,   Springfield, IL 62723-0001
9587430     +Illinois State Medical Insurance Exchang,   20 North Michigan Avenue,   Suite 700,
              Chicago, IL 60602-4890
9587431      Illinois State Toll Highway Authority,   Violation Processing Center,
              135 Souht LaSalle Department 8021,   Chicago, IL 60674-8021
9587435     +KCA Financial Services, Inc.,   628 North Street,   PO Box 53,   Geneva, IL 60134-0053
9587433     +Kamensky & Rubinstein,   7250 North Cicero Avenue,   Suite 200,   Lincolnwood, IL 60712-1693
9587436     +Lease Finance Group, a Division of CIT,   233 North Michigan Avenue,   Suite 1800,
              Chicago, IL 60601-5802
9587438      MBNA America,   P.O. Box 15026,   Wilmington, DE 19886-5026
9587437     +Mann Bracken LLC,   One Paces West, Suite 1400,   2727 Paces Ferry Road,   Atlanta, GA 30339-4053
9587441     +NCB Management Services, Inc.,   PO Box 1099,   Langhorne, PA 19047-6099
9587442     +NCO Financial System, Inc.,   1804 Washington Road,   Department 750,   Baltimore, MD 21230-1700
9587439      National Arbitration Forum,   PO Box 50191,   Minneapolis, MN 55405-0191
9587440     +National Shopping Plazas, Inc.,   333 West Wacker Drive,   Suite 2750,   Chicago, IL 60606-1290
9587444     +Pepsi America's Inc.,   1881 Bilter Road,   Aurora, IL 60502-9774
9587445     +Retailers National Bank,   P.O. Box 59231,   Minneapolis, MN 55459-0231
9587446     +Richard I. Atlas, Esq.,   950 Milwaukee Avenue,   Glenview, IL 60025-3710
9587448     +Sam's Club/GECFTV,   P.O. Box 103036,   Roswell, GA 30076-9036
9587449      Sears Gold MasterCard,   P.O. Box 818007,   Cleveland, OH 44181-8007
9587450     +The Chaet Kaplan Baim Firm,   30 North LaSalle Street,   Suite 1520,   Chicago, IL 60602-3387
9587451     +Trans Union,   PO Box 1000,   Chester, PA 19022-2001
9587452      United Mileage Plus, Cardmember Services,   P.O. Box 8650,   Wilmington, DE 19899-8650
9587453     +Ventus Capital Services, LP,   9700 Bissonnet,   Suite 2000,   Houston, TX 77036-8016
9587454     +Village of Clarendon Hills,   201 Burlington Avenue,   Clarendon Hills, IL 60514-1136
9587455     +Ziai Medical Group, Inc.,   P.O. Box 472,   Palos Park, IL 60464-0472

The following entities were served by electronic transmission on Jan 12, 2008.
9587443      E-mail/Text: bankrup@nicor.com                            Nicor Gas,   P.O. Box 416,
              Aurora, IL 60568-0001
9587447      E-mail/PDF: ebn@phinsolutions.com Jan 12 2008 03:03:44      RJM Acquisitions LLC,   575 Underhill,
              Suite 224,   Syosset, NY 11791-3416
                                                                                              TOTAL: 2
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jan 11, 2008
Case: 05-28137                Form ID: pdf002          Total Served: 61

        ***** BYPASSED RECIPIENTS (continued) *****

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2008**            **Signature:**    *Joseph Speetjens*