05-28137:68.2:Application for Compensation:Proposed Order Entered: 1/9/2008 4:19:44 PM by:Gina Krol Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| HEYER, JOHN C | ) | Case No. 05-28137-SQU |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

### Order Awarding Attorney Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows;

1. COHEN & KROL
   *Attorney for Trustee*
   a. Compensation         $4,158.00
   b. Expenses             $21.65

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this FEB 1 5 2008 day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE